# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION


GORDON FRANKLIN, JR.,           )
                                           )
                 Petitioner,        )
                                           )
     vs.                          )          No. 10-3314-CV-S-DKG
                                         )
LINDA SANDERS, Warden, [1]     )
United States Medical Center for      )
Federal Prisoners,              )
                                         )
                 Respondent.    )

## REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Petitioner, an inmate confined at the United States Medical Center for Federal Prisoners, has

petitioned this Court for a writ of habeas corpus. The petition has been referred to the undersigned

for preliminary review under 28 U.S.C. § 636(b). Because petitioner is entitled to no relief, it will

be recommended that leave to proceed in forma pauperis be denied.

As grounds for relief in habeas corpus, the petitioner appears to challenge his previously-

ordered commitment pursuant to the provisions of 18 U.S.C. § 4246.

A review of the files and records in this case, as well as in *United States v. Frankli*n, Case

No. 90-3445-CV-S-RED, establish that the defendant has been lawfully committed to the custody

of the Attorney General pursuant to 18 U.S.C. § 4246. That commitment was affirmed by the United

States Court of Appeals for the Eighth Circuit. *See* 04-3783. The United States has submitted

annual reports, as required by statute. Other than unsupported allegations, petitioner has failed to

---

[1]   The current warden is the proper respondent.

establish that the commitment is invalid. [2]

For the foregoing reasons, it is, pursuant to the governing law and in accordance with Local

Rule 72.1 of the United States District Court for the Western District of Missouri,

RECOMMENDED that petitioner be denied leave to proceed in forma pauperis, and that the

petition herein for writ of habeas corpus be dismissed without prejudice.


                                                      /s/ James C. England
                                              **JAMES C. ENGLAND**
                                              **UNITED STATES MAGISTRATE JUDGE**



Date: September 13, 2012

---

[2] Because no constitutional violation is stated, the issue of exhaustion of administrative remedies is not addressed.